**Order filed August 26, 2014.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-14-00574-CV**
**NO. 14-14-00655-CV**
_____

**CHRISTINE REULE, Appellant**

**V.**

**JOHN R. BELUS, Appellee**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-37325**

## ORDER

On July 15, 2014, appellant filed a notice of accelerated appeal from the trial court's temporary injunction signed July 7, 2014, and the appeal was docketed under our case number 14-14-00574-CV. On August 11, 2014, appellant filed a notice of interlocutory appeal from the amended temporary injunction signed July 24, 2014, and a new appeal was docketed under our case number 14-14-00655-CV.

On August 13, 2014, appellant filed a motion to consolidate the appeals. No

opposition was filed. Accordingly, we granted the motion. We now issue the following order:

The appeals docketed under case number 14-14-00574-CV and 14-14-00655-CV are ordered **CONSOLIDATED.** The trial court's order signed August 8, 2014, ordering that appellant may proceed as a pauper applies to both cases. All documents pertaining to these cases should be filed in case number 14-14-00574-CV. The same clerk's record, reporter's record, and briefs will apply to both cases. The existing filing deadlines in case number 14-14-00574-CV will apply to both cases.


PER CURIAM